# United States Bankruptcy Court
## Central District of California
Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

**Monday, September 18, 2017**                                              **Hearing Room**   **301**

<u>1:32 PM</u>
**6:17-14583**   Sonia Yolanda Rodriguez                                          Chapter 13

   **#74.00**   Confirmation of Chapter 13 Plan

            **From: 8-7-17**

                              Docket      18

   **Matter Notes:**

      PRESENT:

      _____Del_____, for Rod Danielson, Trustee

      _____Caceres_____, for Debtor

      _____, for

      (  ) Confirmed per trustee's recommendation - Plan provisions: % to pay _____

                                                       Duration: _____

                                                       Payment $ _____

      (  ) Objection to plan: (  ) Withdrawn  (  ) Sustained  (  ) Overruled

      (X) **Case Dismissed:**

            (X) without prejudice   (  ) Under 109(g)

      [X] **CLERK'S BNC ORDER DISMISSING ON** ___Oct 15___
      [ ] New case may be filed before dismissal is entered.

      (  ) Conversion to chapter 7 in 10 days or dismiss

      (  ) Continued to _____ at _____ pm

      (  ) Off calendar

      (  ) Other

   **Judge:**

      EH_____